AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CHRISTINA LEGROS

)
)  Case: 1:23-mj-24
)  Assigned To: Magistrate Judge Zia M. Faruqui
)  Assign. Date : 1/24/2023
)  Description: Complaint with Arrest Warrant
)
)

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHRISTINA LEGROS               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in an Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly or disruptive conduct in, a restricted building or grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building.
40 U.S.C. § 5104(e)(2)(G)-Parade, demonstrate, or picket in any of the Capitol Buildings.

Date:   01/24/2023

2023.01.2
4 17:46:25
-05'00'

Issuing officer's signature

City and state:   Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)*   1-30-23   , and the person was arrested on *(date)*   1-30-23
at *(city and state)*   Flint, MI

Date:   1-30-23

Arresting officer's signature
TFO Stacey Moore
Printed name and title